In the Matter of the Application of DAVID LIND for a Peremptory Mandamus Order against SAMUEL LEVY, President of the Borough of Manhattan.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with

ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.